IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KOOCHOU,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No.  2:21-CV-0980-DMC<br><br><br>ORDER |

       Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  This case was previously stayed pursuant to Eastern District of California General Order 615 pending submission of the certified administrative record.  A review of the docket reflects that the certified administrative record has now been lodged with the Court.  Accordingly, Plaintiff's request to lift the stay of proceedings, ECF No. 6, is hereby granted.  Defendant shall file an answer within 14 days of the date of this order and the Clerk of the Court is directed to issue a

/ / /

/ / /

/ / /

/ / /

1

scheduling order.

                IT IS SO ORDERED.

Dated:  January 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE