HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile: (408) 295-7444
Email: hps@sackettlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KOOCHOU, | Case No. 2:21-cv-00980-DMC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| KILOLO KIJAKAZI,[1] Commissioner of Social Security, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until April 4, 2022, in which to e-file his Motion for Summary Judgment which is due on March 4, 2022. Defendant shall file any opposition, including cross-motion, on or before May 19, 2022. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure Kilolo Kijakazi should be substituted, therefore, for Commissioner Andrew Saul as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

1

STIPULATION AND ORDER

Dated: March 4, 2022 /s/HARVEY P. SACKETT
HARVEY P. SACKETT
Attorney for Plaintiff
DAVID KOOCHOU

Dated: March 4, 2022 /s/PATRICK WILLIAM SNYDER
PATRICK WILLIAM SNYDER
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 3/4/22]

IT IS ORDERED nunc pro tunc to March 4, 2022. Plaintiff's motion for summary judgment is due by April 4, 2022.

DATED: MARCH 10, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER