HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KOOCHOU, ) | Case No. 2:21-cv-00980-DMC |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| KILOLO KIJAKAZI,[1] ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a fourteen (14) day extension of time until April 18, 2022, in which to e-file his Motion for Summary Judgment which is due on April 4, 2022.  Defendant shall file any opposition, including cross-motion, on or before June 2, 2022.  This second and final extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals.  Plaintiff makes this request in good faith with no intention to

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure Kilolo Kijakazi should be substituted, therefore, for Commissioner Andrew Saul as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

STIPULATION AND ORDER

unduly delay the proceedings.  Defendant has no objection and has stipulated to the requested relief.

Dated:   March 30, 2022                                      */s/HARVEY P. SACKETT*
                                                                                    HARVEY P. SACKETT
                                                                                    Attorney for Plaintiff
                                                                                    DAVID KOOCHOU

Dated:   March 30, 2022                                      */s/PATRICK WILLIAM SNYDER*
                                                                                     PATRICK WILLIAM SNYDER
                                                                                      Special Assistant U.S. Attorney
                                                                                       Social Security Administration
                                                                                       [*As authorized by email 3/30/22]

IT IS ORDERED.

DATED:  MARCH 31, 2022

                                                                                       DENNIS M. COTA
                                                                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755